# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUE XIONG, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:17-cv-0910 - JLT <br><br> ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) <br><br> ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF CHUE XIONG AND AGAINST DEFENDANT NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY |

Chue Xiong initiated this action seeking review of the administrative decision denying an application for Social Security benefits. On March 13, 2018, Plaintiff and Nancy A. Berryhill, Acting Commissioner Social Security, stipulated to a voluntary remand of Plaintiff's Social Security appeal for further administrative proceedings. (Doc. 20)

The parties seek remand for an administrative law judge to "obtain supplemental vocational expert testimony to address Plaintiff's inability to communicate in English and the ability to perform the jobs identified by the vocational expert. (Doc. 20 at 1) In addition, the parties assert the ALJ must "determine whether the testimony is consistent with the Dictionary of Occupational Titles in accordance with Social Security Ruling 00-4p, and conduct further determinations as necessary based on these actions." (*Id.* at 1-2) In addition, the parties stipulated for the matter to be remanded under sentence four of 42 U.S.C. § 405(g). (*Id.* at 2)

///

1

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The matter is **REMANDED** under four of 42 U.S.C. § 405(g); and
2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Chue Xiong and against Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **March 14, 2018**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE