# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUE XIONG, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:17-cv-0910 - JLT <br><br> ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On June 7, 2018, Cheu Xiong and Nancy A. Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 23) Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS** fees in the amount of $2,272.92 are **AWARDED** to Plaintiff, Cheu Xiong.

IT IS SO ORDERED.

Dated: **June 8, 2018**                    **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE